**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
DR. DAVID SIMAI, :
on behalf of plaintiff and a class defined herein, :
:
                  Plaintiff, : Civil No. 2:20-cv-05686-DG-AKT
:
              v. :
:
DOCSBACKOFFICE.COM, INC., and :
JOHNDOES 1-10, :
:
                  Defendants. :
---------------------------------------------------------------- x

## STIPULATION OF DISMISSAL

    NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. Plaintiff dismisses its claims against John Does 1-10 without prejudice and without costs.

                                                                         Respectfully submitted,

| | |
|---|---|
| */s/ Dulijaza Clark* | */s/ Mary Ann L. Wymore* |
| Dulijaza Clark (*admitted pro hac vice*) | Mary Ann L. Wymore(*admitted pro hac vice*) |
| **EDELMAN, COMBS, LATTURNER** | GREENSFELDER, HEMKER |
| **& GOODWIN, LLC** | & GALE, P.C. |
| 20 S. Clark St, Suite 1500 | 10 South Broadway, Suite 2000 |
| Chicago, Illinois 60603 | St. Louis, Missouri 63102 |
| Telephone: (312) 739-4200 | Telephone: (314) 241-9090 |
| Facsimile: (312) 419-0379 | Facsimile: (314) 241-8624 |
| E-mail for Service: | mlw@greensfelder.com |
| courtecl@edcombs.com | |
| | *Attorneys for Defendant* |
| | *Docsbackoffice.com, Inc* |

Adam J. Fishbein
ADAM J. FISHBEIN, P.C.
735 Central Avenue
Woodmere, New York 11598
(516)668-6945

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Dulijaza Clark, hereby certify that on **May 24, 2021,** a copy of the foregoing document was served via ECF on all counsel of record.

                                                        Respectfully,

                                                       */s/Dulijaza Clark*
                                                       Dulijaza Clark

Dulijaza Clark (*admitted pro hac vice*)
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
E-mail for Service:
courtecl@edcombs.com