**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------- x
```
 DR. DAVID SIMAI,                                          :
on behalf of plaintiff and a class defined herein,        :
                                                          :
                           Plaintiff,                     :        Civil No. 2:20-cv-05686-DG-AKT
                                                          :
             v.                                           :
                                                          :
DOCSBACKOFFICE.COM, INC., and                             :
JOHNDOES 1-10,                                            :
                                                          :
                           Defendants.                    :
```
------------------------------------------------------------------- x
```

## AMENDEDED[1] STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed

R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice

and without costs. The claims of the putative class are dismissed without prejudice and without

costs. Plaintiff dismisses its claims against John Does 1-10 without prejudice and without costs.


                                        Respectfully submitted,


Dated: June 2, 2021


/s/Dulijaza Clark                           /s/ Mary Ann L. Wymore
Dulijaza Clark (*admitted pro hac vice*)    Mary Ann L. Wymore
**EDELMAN, COMBS, LATTURNER**               GREENSFELDER, HEMKER
**& GOODWIN, LLC**                          & GALE, P.C.
20 S. Clark St, Suite 1500                      10 South Broadway, Suite 2000
Chicago, Illinois 60603                         St. Louis, Missouri 63102
Telephone: (312) 739-4200                   Telephone: (314) 241-9090
Facsimile: (312) 419-0379                   Facsimile: (314) 241-8624
E-mail for Service:                         mlw@greensfelder.com
courtecl@edcombs.com

---

[1]        Amended pursuant to May 26, 2021 *Notice of Incorrect Filing/Docket Entry Information*
           to include date of execution by Counsel

*Attorneys for Defendant*
*Docsbackoffice.com, Inc*

Adam J. Fishbein
ADAM J. FISHBEIN, P.C.
735 Central Avenue
Woodmere, New York 11598
(516)668-6945

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Dulijaza Clark, hereby certify that on Wednesday, June 2, 2021, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and then served the following by the means stated

/s/*Dulijaza Clark*
Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com